FILED
2022 Mar-07  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| AARON CARR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 5:21-cv-1592-LCB-GMB |
| | ) | |
| WARDEN TONEY, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

On January 21, 2022, the Magistrate Judge recommended that this action be dismissed for Petitioner Aaron Carr's failure to prosecute. (Doc. 3 at 2). The Magistrate Judge advised Carr that he had 14 days to file objections. *Id.* On January 26, 2022, Carr filed a motion for a 20-day extension to comply with the Court's order to correct his deficient pleading. (Doc. 4 at 1). More than 20 days have elapsed, and Carr has not amended his petition or otherwise respond to the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the recommendation (Doc. 3) and **DISMISSES** this action without prejudice for Carr's failure to prosecute.

**DONE** and **ORDERED** March 7, 2022.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE